U.S. Commodity Futures Trading
Commission,                              Case No:      09-cv-3332 MJD/JJK

      Plaintiff(s)

v.

Trevor Cook d/b/a Crown Forex, LLC,
Patrick Kiley d/b/a Crown Forex, LLC,
Universal Brokerage FX and Universal
Brokerage FX Diversified, Oxford Global
Partners, LLC, Oxford Global Advisors,
LLC, Universal Brokerage FX Advisors,
LLC f/k/a UBS Diversified FX Advisors,
LLC, Universal Brokerage FX Growth, L.P.
f/k/a UBS Diversified FX Growth L.P.,
Universal Brokerage FX Management, LLC
f/k/a UBS Diversified FX Management, LLC
and UBS Diversified Growth, LLC,

      Defendant(s)

R.J. Zayed,

      Receiver,

_____

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

      Plaintiff,

                         CIVIL ACTION
      v.                                FILE NO.    09-cv-3333(MJD/JJK)

TREVOR G. COOK, and
PATRICK J. KILEY, et al.,

      Defendants,

and

BASEL GROUP, LLC,
CROWN FROEX, LLC,
MARKET SHOT, LLC,
PFG COIN AND BULLION,
OXFORD DEVELOPERS, S.A.,
OXFORD FX GROWTH L.P.,
OXFORD GLOBAL MANAGED,
FUTURES FUND, L.P., UBS DIVERSIFIED,
FX ADVISORS, LLC, UBS DIVERSIFIED,
FX GROWTH, L.P., UBS DIVERSIFIED,
FX MANAGEMENT, LLC, CLIFFORD BERG,
and ELLEN BERG,

   Relief Defendants.

R.J. Zayed,

   Receiver.

_____

## ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES

This matter is before the Court pursuant to the motion of Receiver R.J. Zayed (the "Receiver") for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about March, 2010, for services necessary to assist the Receiver in his duties:

  (1) to WayPoint, Inc.; Kelly & Berens, P.A.; 33rd Company, Inc.; Ernst & Young; and

  (2) to Carlson, Caspers, Vandenburgh & Lindquist; and

  (3) to Morgan & Morgan.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make the following payments:

(A) out of the assets of the Receivership as follows:

 1. WayPoint, Inc....................................................................$ 6,419.08

 2. Kelly & Berens, P.A...........................................................$ 5,768.75

 3. 33rd Company, Inc.............................................................$ 6,075.00

 4. Ernst & Young...................................................................$ 17,674.00

 5. Carlson, Caspers, Vandenburgh, & Lindquist ("CCVL")

  Legal fees ....................................$118,916.20
  Incurred costs ............................$ 44,405.43

  TOTAL CCVL .................................................$163,321.63

(B) out of the MMG Account to Morgan & Morgan in the amount of $8,026.42.

**Dated: April 20, 2010**     **BY THE COURT:**


         **s/ Michael J. Davis**
         **MICHAEL J. DAVIS**
         **CHIEF JUDGE**
         **UNITED STATES DISTRICT COURT**