UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. Commodity Futures
Trading Commission,

    Plaintiff,

v.

Trevor Cook, d/b/a Crown
Forex, LLC and Patrick J. Kiley,
d/b/a Crown Forex, LLC et al.,

    Defendants.

ORDER
Civil No. 09-3332 (MJD/JJK)

_____

United States Securities
and Exchange Commission,

    Plaintiff,

v.

Trevor Cook, d/b/a Crown
Forex, LLC and Patrick J. Kiley,
d/b/a Crown Forex, LLC et al.,

    Defendants.

Civil No. 09-3333 (MJD/JJK)

_____

This matter is before the Court upon the motion of the Receiver for the Court to authorize the hiring of a real estate agent to assist with the marketing and sale of the Rainy Lake Property. The Receiver has submitted the names of three real estate agents that regularly sell property in the Rainy Lake region.

Based on the submissions of the Receiver, the Court hereby appoints Alan Zucchiatti of Rainy Lake Realty Ltd., 540 Kings Highway, Fort Frances, Ontario, P9A2T1 to sell the Rainy Lake Property, formerly identified as Parcel 4178 Rainy River, Island G 1251 containing 2.3 acres situated in Rainy Lake, West of Sand Point Island District of Rainy River.

Date: June 1, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court