IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | Case No. 09-CV-03333 (MJD/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Trevor Cook, et al. | |
| Defendants. | |

This matter is before the Court on Jason Bo Alan Beckman's Motion for Reimbursement of Expenses. Based upon the records, files and proceedings herein,

IT IS HEREBY ORDERED THAT Jason Bo Alan Beckman's Motion for Reimbursement of Expenses [ECF #354] is Denied without prejudice. The motion is premature as the bond to which Beckman contributed $28,000 has not yet been released

Dated: August 5, 2010

s/ Michael J. Davis
Chief Judge Michael J. Davis
United States District Court