IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>                              Plaintiff,<br><br>v.<br><br>Trevor Cook, et al.<br>                              Defendants. | Case No. 09-CV-03333 (MJD/JJK)<br><br>**ORDER** |
| United States Commodity Futures Trading Commission,<br><br>                              Plaintiff,<br><br>v.<br><br>Trevor Cook, et al.<br>                              Defendants. | Case No. 09-CV-03332 (MJD/JJK) |

This matter is before the Court on Greene Espel P.L.L.P.'s Motion for Attorney Fees and Expenses. Lawrence M. Shapiro and Kathryn Hibbard appeared on behalf of Greene Espel P.L.L.P. Adolph J. Dean, Jr. appeared on behalf of Plaintiff United States Securities and Exchange Commission ("SEC"). James Alexander, Assistant United States Attorney, appeared on behalf of Plaintiff United States Commodity Futures Trading Commission ("CFTC"). Tara Norgard appeared on behalf of the Receiver appointed by the Court in the above-referenced matters.

Based upon the records, files and proceedings herein, and pursuant to the agreement reached by the Plaintiffs in these actions, the Receiver, and Greene Espel, IT IS HEREBY ORDERED THAT:

1. Greene Espel's motion is GRANTED; and

2. The Receiver shall cause to be paid from the Receiver Estate the amount of $81,000.00 to Greene Espel P.L.L.P., as its reasonable attorney fees and expenses incurred in the protection and preservation of assets for the Receivership Estate.

Dated: August 5, 2010          s/ Michael J. Davis
Chief Judge Michael J. Davis
United States District Court