# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| United States Securities and Exchange Commission, | **COURT MINUTES** <br> BEFORE: Michael J. Davis <br> U.S. District Chief Judge |
| Plaintiff, | |
| v. | Case No: 09-cv-3333 (MJD/JJK) <br> Date: September 3, 2010 <br> Deputy: Gerri Rishel |
| Trevor Cook, et al., | Court Reporter: Lori Simpson <br> Time Commenced: 11:55 a.m. |
| Defendants. | Time Concluded: 12:15 p.m. <br> Time in Court: 20 minutes |

Hearing on: **Motion for Attorney Fees Incurred by the Receiver [414]**

APPEARANCES:

    Plaintiff:         James Alexander
    Receivers:      RJ Zayed

PROCEEDINGS:

    ☒    Motion for Attorney Fees Incurred by the Receiver was moved, argued and granted. Order to follow.

Date: September 3, 2010                                                                            s/Gerri Rishel
                                                                                                    Judicial Assistant to Chief Judge Michael J. Davis