# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 09-cv-3333-MJD/FLN |
| TREVOR G. COOK, PATRICK J. KILEY, et al., | |
| Defendants, | |
| and | |
| BASEL GROUP, LLC, et al. | |
| Relief Defendants. | |

## ORDER OF DISMISSAL

Plaintiff, the United States Securities and Exchange Commission (the "Commission"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, has filed a notice of dismissal for all claims asserted by the Commission against Oxford Global Managed Futures Fund, LP. Based on said Notice [Doc. No. 641] all of the Commission's claims against Oxford Global Managed Futures Fund, LP are dismissed with prejudice. Each party is to bear its own costs.

Date: December 23, 2010        s/ Michael J. Davis
                Michael J. Davis
                Chief Judge
                United States District Court