UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. Commodity Futures
Trading Commission,

    Plaintiff,                                ORDER
v.                                              Civil No. 09-3332

Trevor Cook, et al.,

    Defendants

_____

United States Securities
and Exchange Commission,

    Plaintiff,
v.                                              Civil No. 09-3333

Trevor Cook, et al.,

    Defendants.

_____

United States Securities
and Exchange Commission,

    Plaintiff,
v.                                              Civil No. 11-574

Jason Bo-Alan Beckman et al.,

    Defendant.

_____

R.J. Zayed, Tara C. Norgard, Brian W. Hayes and Samuel T. Lockner, Carlson, Caspers, Vandenburgh & Lindquist, Counsel for the Receiver.

Terrance J. Fleming, Christopher A. Grgurich and Christopher D. Pham, Lindquist & Vennum PLLP, Counsel for the FINRA Claimants.
_____

This matter is before the Court on the Receiver's motion to enjoin distribution of settlement proceeds to twelve defrauded investors who brought arbitration proceedings before the Financial Industry Regulatory Authority ("FINRA"), seeking damages from Jason Bo-Alan Beckman, NRP Financial, Inc. ("NRP") and Western International Securities, Inc. ("Western").  The defrauded investors, referred to as the FINRA claimants, oppose the motion, arguing that the settlement proceeds are not a Receiver Asset and therefore not subject to the Asset Freeze Orders issued in these cases.

Whether or not the settlement proceeds at issue here can be characterized as a Receiver Asset will depend, in part, on whether the Receiver files claims against NRP or Western.  The Receiver asserts that he will soon be in the position to determine whether to proceed against NRP or Western.  Accordingly,

IT IS HEREBY ORDERED:

The Court will defer ruling on this motion for ninety (90) days. The parties shall appear before the Court on Friday, September 9, 2011, at 11:00 a.m. to determine whether the Receiver has filed claims against NRP and Western. The $3.4 million settlement proceeds at issue here shall remain in escrow pending the Court's decision on this motion.

Date:   June 6, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court