UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,

       Plaintiff(s)                   Case No:     09-cv-3332 MJD/FLN

v.

TREVOR COOK d/b/a CROWN
FOREX, LLC, PATRICK KILEY d/b/a
CROWN FOREX, LLC, UNIVERSAL
BROKERAGE FX and UNIVERSAL
BROKERAGE FX DIVERSIFIED, OXFORD
GLOBAL PARTNERS, LLC, OXFORD
GLOBAL ADVISORS, LLC, UNIVERAL
BROKERAGE FX ADVISORS, LLC f/k/a
UBS DIVERSIFIED FX ADVISORS, LLC,
UNIVERSAL BROKERAGE FX
GROWTH, L.P. f/k/a UBS DIVERSIFIED FX
GROWTH L.P., UNIVERSAL BROKERAGE
FX MANAGEMENT, LLC f/k/a UBS
DIVERSIFIED FX MANAGEMENT, LLC
and UBS DIVERSIFIED GROWTH, LLC,

                   Defendant(s)

R.J. ZAYED,

                 Receiver.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,    Case No:    09-cv-3333 MJD/FLN

       Plaintiff(s)

v.

TREVOR G. COOK,
PATRICK J. KILEY,
UBS DIVERSIFIED GROWTH, LLC,
UNIVERSAL BROKERAGE FX
MANAGEMENT, LLC,
OXFORD GLOBAL ADVISORS, LLC,
and OXFORD GLOBAL PARTNERS, LLC,

       Defendants

   and

BASEL GROUP, LLC,
CROWN FOREX, LLC,
MARKET SHOT, LLC,
PFG COIN AND BULLION,
OXFORD DEVELOPERS, S.A.,
OXFORD FX GROWTH, L.P.,
OXFORD GLOBAL MANAGED
FUTURES FUND, L.P., UBS DIVERSIFIED
FX ADVISORS, LLC, UBS DIVERSIFIED
FX GROWTH, L.P., UBS DIVERSIFIED
FX MANAGEMENT, LLC, CLIFFORD
BERG, and ELLEN BERG,

       Relief Defendants.

R.J. ZAYED,

       Receiver.

# **ORDER**

The Receiver, R.J. Zayed, has moved the Court pursuant to 28 U.S.C. § 2001(b) to exercise its discretion to authorize the private sale of the real estate property of 5463 Brookfield Road, South Haven, Minnesota  55382.  The Court has considered the motion, memorandum in support, declaration and exhibits submitted by the Receiver in this matter.

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED.**

(1) The Receiver is authorized to conduct a private sale of the real property located at 5463 Brookfield Road, South Haven, Minnesota  55382 in accordance with 28 U.S.C. § 2001(b).

(2) The Court hereby appoints Marci Segner and Pat Hill, RE/MAX as the realtors for the sale of the South Haven property.

(3) Upon reaching an agreement to sell the South Haven property, the Receiver shall publish notice of the sale and file a motion with this Court seeking confirmation of the sale in accordance with 28 U.S.C. § 2001(b).

Date:  June 23, 2011

s/ Michael J. Davis
Chief Judge Michael J. Davis
United States District Court