UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,

       Plaintiff,

v.                          Case No. 09-cv-3332 (MJD/JSM)

TREVOR COOK et al.,

       Defendants,

R.J. ZAYED,

       Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

       Plaintiff,

v.                          Case No. 09-cv-3333 (MJD/JSM)

TREVOR G. COOK, et al.,

       Defendants,

R.J. ZAYED,

       Receiver.

---

## ORDER

---

This matter came before the court on a motion filed by Gina Berg, fka Gina Cook.  Appearances were as noted on the record.  Based on the motion,

IT IS ORDERED:

1.      The motion is granted.

2.      Gina Berg, fka Gina Cook is relieved of any obligations under this Court's Orders dated April 28, 2010 and September 28, 2010, and the respective stipulations which resulted in said Orders.


3.      Gina Berg, fka Gina Cook's homestead, 12735 Dover Drive in Apple Valley, Minnesota, is deemed abandoned by the Receiver of the above captioned estates.


                                    BY THE COURT:

Dated:   June 27, 2011              s/ Michael J. Davis
                                    Michael J. Davis
                                    Chief Judge
                                    United States District Court