UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,

        Plaintiff,                      Case No:    09-cv-3332 MJD/FLN

v.

TREVOR COOK d/b/a CROWN
FOREX, LLC, PATRICK KILEY d/b/a
CROWN FOREX, LLC, UNIVERSAL
BROKERAGE FX and UNIVERSAL
BROKERAGE FX DIVERSIFIED, OXFORD
GLOBAL PARTNERS, LLC, OXFORD
GLOBAL ADVISORS, LLC, UNIVERSAL
BROKERAGE FX ADVISORS, LLC f/k/a
UBS DIVERSIFIED FX ADVISORS, LLC,
UNIVERSAL BROKERAGE FX
GROWTH, L.P. f/k/a UBS DIVERSIFIED FX
GROWTH L.P., UNIVERSAL BROKERAGE
FX MANAGEMENT, LLC f/k/a UBS
DIVERSIFIED FX MANAGEMENT, LLC
and UBS DIVERSIFIED GROWTH, LLC,

        Defendants,

R.J. ZAYED,

        Receiver.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,        Case No:     09-cv-3333 MJD/FLN

        Plaintiff,

v.

TREVOR G. COOK,
PATRICK J. KILEY,
UBS DIVERSIFIED GROWTH, LLC,
UNIVERSAL BROKERAGE FX
MANAGEMENT, LLC,
OXFORD GLOBAL ADVISORS, LLC,
and OXFORD GLOBAL PARTNERS, LLC,

        Defendants,

    and

BASEL GROUP, LLC,
CROWN FOREX, LLC,
MARKET SHOT, LLC,
PFG COIN AND BULLION,
OXFORD DEVELOPERS, S.A.,
OXFORD FX GROWTH, L.P.,
OXFORD GLOBAL MANAGED
FUTURES FUND, L.P., UBS DIVERSIFIED
FX ADVISORS, LLC, UBS DIVERSIFIED
FX GROWTH, L.P., UBS DIVERSIFIED
FX MANAGEMENT, LLC, CLIFFORD
BERG, and ELLEN BERG,

        Relief Defendants.

R.J. ZAYED,

        Receiver.

## ORDER CONFIRMING SALE OF SOUTH HAVEN PROPERTY

On the basis of the Motion of the Receiver, R. J. Zayed, for an Order confirming the private sale of the South Haven property, the Court (having considered the materials before it) enters the following:

IT IS HEREBY ORDERED THAT:

The Court confirms the sale of the real property located at 5463 Brookfield Road, South Haven, Minnesota 55382 (legally described as SECTION 05 TOWNSHIP 121 RANGE 028 SUBDIVISION NAME CLEARWATER SPRINGS LOT 002 BLOCK 001 SUBDIVISION CD 09005) as described in the Purchase Agreement and Addendums attached as Exhibit C to the Declaration of Brian Hayes.  The sale has fulfilled the requirements of 28 U.S.C. § 2001(b).

SO ORDERED.

Dated:   September 6, 2011          BY THE COURT:

                                    s/ Michael J. Davis
                                    MICHAEL J. DAVIS
                                    CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT

1