UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>TREVOR COOK, ET AL.,<br>    Defendants.<br>R.J. ZAYED,<br>    Receiver. | **CASE NO. 09-3332 (MJD/FLN)** |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>TREVOR G. COOK, AND PATRICK J. KILEY, ET AL.,<br>    Defendants,<br><br>BASEL GROUP, LLC, ET AL.,<br>    Relief Defendants.<br><br>R.J. ZAYED,<br>    Receiver. | **CASE NO. 09-3333 (MJD/FLN)** |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>JASON BO-ALAN BECKMAN, ET AL.,<br>    Defendants,<br><br>HOLLIE BECKMAN,<br>    Relief Defendant.<br>R.J. ZAYED,<br>    Receiver. | **CASE No. 11-574 (MJD/FLN)** |

### ORDER GRANTING THE UNITED STATES MOTION TO INTERVENE AND STAY PROCEEDINGS

The United States has moved to intervene in this case, and, if that motion is granted, also moves to stay proceedings in this case pending the resolution of a related criminal case, with an exception for asset tracing, recovery, seizure, and disbursement on the part of the Court-appointed Receiver R.J. Zayed.

The Court having considered the pleadings and the arguments of counsel, and the entire file of this case, IT IS HEREBY ORDERED THAT:

1. The motion of the United States for leave to intervene, is GRANTED;

2. Proceedings in cases no. 09-cv-3333 (MJD/FLN), 09-cv-3332 (MJD/FLN), and 11-cv-574 (MJD/FLN) are hereby stayed until the conclusion of district court proceedings in *United States v. Jason Bo-Alan Beckman*, *et al.*, criminal file no. 11-228 (MJD/JJK), "conclusion" meaning either the return by the jury of a verdict of not guilty on all counts of the indictment or sentencing, whichever is applicable.

AND IT IS FURTHER ORDERED THAT NOTWITHSTANDING ANY OTHER PROVISION OF THIS ORDER:

3. a. The Receiver shall be permitted to continue his work, as previously ordered by this Court.

b. The plaintiff may take the steps necessary to perfect service of process upon relief defendant Crown Forex, SA,

which is located outside the United States.

    4.   The Court will consider future motions for a limited lifting of the stay in order to petition the Court for attorneys' fees, other professional fees, or living expenses, if and when such motions are made.

                                         BY THE COURT:

                                         S/ Michael J. Davis
                                         MICHAEL J. DAVIS
                                         CHIEF U.S. DISTRICT COURT JUDGE

Dated: September 6, 2011.