# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**
          **Plaintiff,**

**v.**                    **Case No.**    **09-cv-3333 (MJD/FLN)**

**TREVOR G. COOK, et al.,**
          **Defendants,**

**R.J. ZAYED,**
          **Receiver.**

---

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**
          **Plaintiff,**

**v.**                    **Case No.**    **11-cv-574 (MJD/FLN)**

**JASON BO-ALAN BECKMAN, et al.,**
          **Defendants,**

**R.J. ZAYED,**
          **Receiver.**

---

      This matter is before the Court on Plaintiff United States Securities and Exchange Commission's ("SEC") motion to dismiss certain relief defendants. [Doc. Nos. 1184 and 507].  The relief defendants that are the subject of this motion consent to said motion.

Accordingly,

IT IS HEREBY ORDERED that the motion to dismiss certain relief defendants [Doc. Nos. 1184 and 507] is GRANTED. The SEC's claims against Relief Defendants Clifford Berg and Ellen Berg and Hollie Beckman are hereby dismissed with prejudice.

Date:   May 4, 2015

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court