## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

|  |  |
|---|---|
| | : |
| **UNITED STATES SECURITIES** | : |
| **AND EXCHANGE COMMISSION**, | : |
| | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION** |
| **v.** | : **FILE NO.  09-cv-3333(MJD/FLN)** |
| | : |
| **TREVOR G. COOK, and** | : |
| **PATRICK J. KILEY, et al.,** | : |
| | : |
| **Defendants,** | : |
| | : |
| **and** | : |
| | : |
| **BASEL GROUP, LLC, et al.,** | : |
| | : |
| **Relief Defendants.** | : |

_____:

### FINAL JUDGMENT AS TO RELIEF DEFENDANT CROWN FOREX, LLC

The Securities and Exchange Commission having filed a Complaint and Relief

Defendant Crown Forex, LLC ("Relief Defendant") having entered a general appearance;

consented to the Court's jurisdiction over Relief Defendant and the subject matter of this

action; consented to entry of this Final Judgment without admitting or denying the

allegations of the Complaint (except as to jurisdiction and except as otherwise provided

herein); waived findings of fact and conclusions of law; and waived any right to appeal

from this Final Judgment:

I.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of the net of investor funds Relief Defendant received in connection with the scheme alleged in the Complaint in the amount of $41,298,287 plus prejudgment interest thereon in the amount of $1,659,841 for a total of $42,958,128.   Relief Defendant shall satisfy this obligation by paying $42,958,128 to the Securities and Exchange Commission, or to the court-appointed Receiver if directed by the Court, within 14 days after entry of this Final Judgment.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Crown Forex, LLC as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By

making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

Unless the Court otherwise orders or authorizes the court-appointed Receiver in this matter, the Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval.  The Court shall retain jurisdiction over the administration of any distribution of the Fund.  If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment.  Relief Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that none of the provisions in this Final Judgment or the Relief Defendant's Consent shall in any way affect the Receivership established in this matter.  The powers and duties of the Receiver as set forth in the Second Amended Order Appointing Receiver [Dkt. 68] shall remain in full force and effect unless and until this Court orders otherwise.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated:  January 12, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court